IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,  )
                   )  2:10-cv-03019-GEB-DAD
      Plaintiff,   )
                   )
   v.              )  ORDER CONTINUING STATUS
                   )  (PRETRIAL SCHEDULING)
Anne M. Jennings; Robert John;  )  CONFERENCE; FED. R. CIV.
Eileen John,       )  P. 4(M) NOTICE
                   )
      Defendants.  )
_____

Plaintiff filed a "Request for Continuance of Status Conference" on March 11, 2011, in which he states:

> The 120 day time period for service [has ended; h]owever, Plaintiff's process server has been unable to locate Defendants. A continuance to April 25, 2011 for the status conference will give the Plaintiff's process server additional time to locate Defendants and give Defendants ample time to answer Plaintiff's complaint.

(ECF No. 6, 1:25-2:5.)

Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that Anne Jennings, Robert John and Eileen John may be dismissed as defendants in this action unless Plaintiff "shows good cause for the failure" to serve these defendants within Federal Rule of Civil Procedure 4(m)'s 120 day prescribed period in a filing due no later than 4:00 p.m. on March 30, 2011. Plaintiff's filing, if any, shall describe his efforts locate and serve each defendant.

1

Further, the Status (Pretrial Scheduling) Conference set for March 28, 2011, is continued to May 23, 2011, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to Status Conference.

IT IS SO ORDERED.

Dated: March 23, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge